AO 440 (Rev. 01/09) Summons in a Civil Action (MD MWD JUD 07/15)

# SUMMONS IN A CIVIL ACTION
## UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MICHIGAN

D.L.,

v.

Kalamazoo Public Schools

Case No. 1:22-cv-1208
Hon. Robert J. Jonker

TO: Kalamazoo Public Schools
ADDRESS: 1220 Howard Street
Kalamazoo, MI 49008

---

A lawsuit has been filed against you.

YOU ARE HEREBY SUMMONED and required to serve upon plaintiff, an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure within ___21___ days after service of this summons on you (not counting the day you received it). If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You must also file your answer or motion with the Court.

The Court has offices in the following locations:

399 Federal Building, 110 Michigan St., NW, Grand Rapids, MI 49503
P.O. Box 698, 330 Federal Building, Marquette, MI 49855
107 Federal Building, 410 W. Michigan Ave., Kalamazoo, MI 49007
113 Federal Building, 315 W. Allegan, Lansing, MI 48933

PLAINTIFF OR PLAINTIFF'S ATTORNEY NAME AND ADDRESS
Erin H. Diaz (P80388)
Disability Rights Michigan
4095 Legacy Parkway
Lansing, MI 48911
(517)487-1755

CLERK OF COURT



January 13, 2023

By: Deputy Clerk                          Date

---

## PROOF OF SERVICE

This summons for ___Kalamazoo Public Schools___ was received by me on _____
(name of individual and title, if any)                                        (date)

☐ I personally served the summons on the individual at _____
on _____ .                                    (place where served)
        (date)

☐ I left the summons at the individual's residence or usual place of abode with _____ , a person
                                                                                        (name)
of suitable age and discretion who resides there, on _____ , and mailed a copy to the individual's last known address.
                                                            (date)

☒ I served the summons on ___KELLY DAVIS___ , who is designated by law to accept service
                                    (name of individual)
of process on behalf of ___KALAMAZOO PUBLIC SCHOOLS___ on ___1-18-2023___ .
                                    (name of organization)                              (date)

☐ I returned the summons unexecuted because _____

☐ Other (specify) _____

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under the penalty of perjury that this information is true.
Date: ___1-18-2023___

_Elton Thomas_
Server's signature

Elton Thomas   Process Server
Server's printed name and title

Additional information regarding attempted service, etc.:

42815 Garfield Rd., Suite 208
Clinton Twp., MI 48038