UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| D.L., | Case No. 1:22-cv-01208 |
| Plaintiff, | Hon. Robert J. Jonker |
| vs. | |
| KALAMAZOO PUBLIC SCHOOLS, | Related Case No. 1:22-cv-00838 |
| Defendant. | **CERTIFICATE OF COMPLIANCE REGARDING WORD COUNT** |

| | |
|---|---|
| Mitchell D. Sickon (P82407)<br>Erin H. Diaz (P80388)<br>Disability Rights Michigan<br>4095 Legacy Parkway<br>Lansing, MI 48911<br>(517) 487-1755<br>msickon@drmich.org<br>ediaz@drmich.org<br><br>Elizabeth Abdnour (P78203)<br>Elizabeth Abdnour Law, PLLC<br>1100 W. Saginaw St., Ste. 4A-2<br>Lansing, MI 48915<br>(517) 292-0067<br>elizabeth@abdnour.com<br><br>Jacquelyn Babinski (P83575)<br>North Pointe Legal, PLLC<br>216 S. James St., P.O. Box 733<br>Ludington, MI 49431<br>(231) 431-0223<br>jbabinski@northpointelegal.com<br><br>*Attorneys for Plaintiff* | David W. Centner (P43071)<br>Jordan M. Bullinger (P72441)<br>Marshall W. Grate (P37728)<br>CLARK HILL PLC<br>200 Ottawa Avenue NW, Suite 500<br>Grand Rapids, MI 49503<br>(616) 608-1100<br>jbullinger@clarkhill.com<br>dcentner@clarkhill.com<br>mgrate@clarkhill.com<br><br>*Attorneys for Defendant* |

**CERTIFICATE OF COMPLIANCE REGARDING WORD COUNT**

I, David W. Centner, hereby certify pursuant to W.D. Mich. LCivR 7.2(b)(ii) that Defendant's accompanying brief in support of motion to dismiss was prepared using Microsoft

2

Word (from Microsoft Office 365 ProPlus), and that the word count as defined by W.D. Mich. LCivR 7.2(b)(i) generated by that same word processing software is 4,824, inclusive of headings, footnotes, citations and quotations, and word count is within the 10,800 word limit imposed by the rule for dispositive motion briefing.

Respectfully submitted,

CLARK HILL PLC

Dated:  February 8, 2023

By:   s/ David W. Centner
David W. Centner (P43071)
Jordan M. Bullinger (P72441)
Marshall W. Grate (P37728)

*Attorneys for Defendant*

200 Ottawa Avenue NW, Suite 500
Grand Rapids, MI 49503
(616) 608-1100
jbullinger@clarkhill.com
dcentner@clarkhill.com
mgrate@clarkhill.com