# SUMMONS IN A CIVIL ACTION
## UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MICHIGAN

D.L.,

v.

Kalamazoo Public Schools

Case No. 1:22-cv-1208
Hon. Robert J. Jonker

TO: Kalamazoo Public Schools
ADDRESS: 1220 Howard Street
Kalamazoo, MI 49008

A lawsuit has been filed against you.

YOU ARE HEREBY SUMMONED and required to serve upon plaintiff, an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure within __21__ days after service of this summons on you (not counting the day you received it). If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You must also file your answer or motion with the Court.

The Court has offices in the following locations:

399 Federal Building, 110 Michigan St., NW, Grand Rapids, MI 49503
P.O. Box 698, 330 Federal Building, Marquette, MI 49855
107 Federal Building, 410 W. Michigan Ave., Kalamazoo, MI 49007
113 Federal Building, 315 W. Allegan, Lansing, MI 48933

PLAINTIFF OR PLAINTIFF'S ATTORNEY NAME AND ADDRESS
Erin H. Diaz (P80388)
Disability Rights Michigan
4095 Legacy Parkway
Lansing, MI 48911
(517)487-1755

CLERK OF COURT



By: Deputy Clerk

Date: January 13, 2023

## PROOF OF SERVICE

This summons for __Kalamazoo Public Schools__ (name of individual and title, if any) was received by me on __2-17-23__ (date).

☐ I personally served the summons on the individual at _____ (place where served) on _____ (date).

☐ I left the summons at the individual's residence or usual place of abode with _____ (name), a person of suitable age and discretion who resides there, on _____ (date), and mailed a copy to the individual's last known address.

☒ I served the summons on __Cindy Green__ (name of individual), who is designated by law to accept service of process on behalf of __Kalamazoo Public Schools__ (name of organization) on __2-28-2023__ (date).

☐ I returned the summons unexecuted because _____.

☐ Other (specify) _____.

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____.

I declare under the penalty of perjury that this information is true.

Date: __2-28-23__

Server's signature: _Elton Thomas_

Server's printed name and title: Elton Thomas

Server's address: 42815 Garfield Rd, Suite 208, Clinton Twp., MI 48038

Additional information regarding attempted service, etc.: