# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF MICHIGAN

---

D.L.,

      Plaintiff,

vs.

KALAMAZOO PUBLIC SCHOOLS,

      Defendant.

Case No. 1:22-cv-01208

Hon. Robert J. Jonker

Related Case No. 1:22-cv-00838

**PROOF OF SERVICE**

---

Mitchell D. Sickon (P82407)
Erin H. Diaz (P80388)
**Disability Rights Michigan**
4095 Legacy Parkway
Lansing, MI 48911
(517) 487-1755
msickon@drmich.org
ediaz@drmich.org

Elizabeth Abdnour (P78203)
**Elizabeth Abdnour Law, PLLC**
1100 W. Saginaw St., Ste. 4A-2
Lansing, MI 48915
(517) 292-0067
elizabeth@abdnour.com

Jacquelyn Babinski (P83575)
**MI AECRES**
PO Box 705
Ludington, MI 49431
(231) 794-2379
jbabinski@miaecres.org
*Attorneys for Plaintiff*

David W. Centner (P43071)
Jordan M. Bullinger (P72441)
Marshall W. Grate (P37728)
**CLARK HILL PLC**
200 Ottawa Avenue NW, Suite 500
Grand Rapids, MI 49503
(616) 608-1100
jbullinger@clarkhill.com
dcentner@clarkhill.com
mgrate@clarkhill.com

*Attorneys for Defendant*

## PROOF OF SERVICE

I, Demi Lockwood, hereby state, to the best of my knowledge, information, and belief, the following information:

1. I am at least 18 years old and not a party to this lawsuit.

2. On February 16, 2023, at 2:50 p.m., from the Lansing United State Postal Service office at 4800 Collins Road, Lansing, MI, 48924, I sent a Summons and a copy of the Complaint by registered mail, per MCR 2.105(G), addressed to:

   Sheila Dorsey-Smith
   1220 Howard St
   Kalamazoo, MI 49008

3. The tracking details noted that it was delivered to the front desk, reception, or mail room on February 21, 2023.

4. On February 27, 2023, at 12:08 p.m., from the Lansing United State Postal Service office at 4800 Collins Road, Lansing, MI, 48924, I sent a Summons and a copy of the Complaint by certified mail, per MCR 2.105(G), addressed to:

   Sheila Dorsey-Smith
   1220 Howard St
   Kalamazoo, MI 49008

5. The receipt of mailing was postmarked by the post office, following MCR 2.105(L)(1). The tracking information confirms that it was delivered on March 6, 2023.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on March 8, 2023

_____
Demi Lockwood