# Exhibit A



| Registered No. RE145992238US | | Date Stamp |
|---|---|---|
| Postage $ $1.74 | Extra Services & Fees (continued) | |
| Extra Services & Fees<br>☐ Registered Mail $ $15.90<br>☐ Return Receipt (hardcopy) $ $0.00<br>☐ Return Receipt (electronic) $ $0.00<br>☐ Restricted Delivery $ $0.00 | ☐ Signature Confirmation $<br>☐ Signature Confirmation Restricted Delivery $ | LANSING, MI GMF<br>FEB 16 2023<br>USPS |
| | Total Postage & Fees $ $17.64 | |
| Customer Must Declare Full Value $10.00 $ | Received by 02/16/2023 | Domestic Insurance up to $50,000 is included based upon the **declared value**. International Indemnity is limited. (See Reverse). |

To Be Completed By Post Office

**OFFICIAL USE**

FROM: LANSING, MI 48924

TO: Kalamazoo, MI 49008

To Be Completed By Customer (Please Print) All Entries Must Be in Ballpoint or Typed

PS Form **3806, Registered Mail Receipt**
April 2015, PSN 7530-02-000-9051
For domestic delivery information, visit our website at www.usps.com®

Copy 1 - Customer
(See Information on Reverse)



```
                LANSING
          4800 COLLINS RD
          LANSING, MI 48924-9998
             (800)275-8777
02/16/2023                          02:50 PM
------------------------------------------------
Product              Qty    Unit      Price
                            Price
------------------------------------------------
First-Class Mail®     1                $1.74
Large Envelope
   Kalamazoo, MI 49008
   Weight: 0 lb 2.90 oz
   Estimated Delivery Date
     Sat 02/18/2023
Registered Mail®                      $15.90
   Amount: $10.00
   Tracking #:
     RE145992238US
Total                                 $17.64

------------------------------------------------
Grand Total:                          $17.64

Credit Card Remit                     $17.64
   Card Name: MasterCard
   Account #: XXXXXXXXXXXX2412
   Approval #: 039550
   Transaction #: 587
   AID: A0000000041010         Chip
   AL: Mastercard
   PIN: Not Required
------------------------------------------------

     Due to the security of Registered
   Mail, an additional 3-10 delivery days
      should be added to the expected
          delivery date provided.

   Maximum Indemnity amount for Registered
            mail is $50,000.

   Text your tracking number to 28777 (2USPS)
   to get the latest status. Standard Message
   and Data rates may apply. You may also
   visit www.usps.com USPS Tracking or call
              1-800-222-1811.

    In a hurry? Self-service kiosks offer
    quick and easy check-out. Any Retail
       Associate can show you how.

      Save this receipt as evidence of
   insurance. For information on filing an
           insurance claim go to
      https://www.usps.com/help/claims.htm
           or call 1-800-222-1811

             Preview your Mail
             Track your Packages
             Sign up for FREE @
        https://informeddelivery.usps.com

    All sales final on stamps and postage.
    Refunds for guaranteed services only.
          Thank you for your business.

        Tell us about your experience.
     Go to: https://postalexperience.com/Pos
     or scan this code with your mobile device.
```



```
          or call 1-800-410-7420.

------------------------------------------------
FN: 255270-0205
ceipt #: 840-54930246-4-3802099-2
erk: 44
```



# U.S. Postal Service™
## CERTIFIED MAIL™ RECEIPT
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

Kalamazoo, MI 49008

**OFFICIAL USE**

| | | |
|---|---|---|
| Postage | $ | $3.35 |
| Certified Fee | | $0.00 |
| Return Receipt Fee (Endorsement Required) | | $10.80 |
| | | $0.00 |
| Restricted Delivery Fee (Endorsement Required) | | $0.00 |
| | | $1.74 |
| Total Postage & Fees | $ | $15.89 |

0205 23

Postmark Here

FEB 27 2023 LANSING MI

02/27/2023

7014 0150 0002 2675 3366

**Sent To:** Sheila Dorsey-Smith
**Street, Apt. No.; or PO Box No.** 1220 Howard St
**City, State, ZIP+4** Kalamazoo, MI 49008

PS Form 3800, August 2006          See Reverse for Instructions



**UNITED STATES POSTAL SERVICE.**

LANSING
4800 COLLINS RD
LANSING, MI 48924-9998
(800)275-8777

02/27/2023                           12:08 PM

| Product | Qty | Unit Price | Price |
|---|---|---|---|
| First-Class Mail® Large Envelope | 1 | | $1.74 |

    Kalamazoo, MI 49008
    Weight: 0 lb 2.50 oz
    Estimated Delivery Date
      Wed 03/01/2023
   Restricted Del                           $10.80
     Recipient name
      SHELIA DORSEY SMITH
     Tracking #:
      70140150000226753366
   Return Receipt                            $3.35
     Tracking #:
      9590 9402 5918 0049 2681 12
Total                                          $15.89

Grand Total:                                   $15.89

Credit Card Remit                              $15.89
   Card Name: MasterCard
   Account #: XXXXXXXXXXXX2412
   Approval #: 010270
   Transaction #: 728
   AID: A0000000041010          Chip
   AL: Mastercard
   PIN: Not Required

Text your tracking number to 28777 (2USPS)
to get the latest status. Standard Message
and Data rates may apply. You may also
visit www.usps.com USPS Tracking or call
1-800-222-1811.

In a hurry? Self-service kiosks offer
quick and easy check-out. Any Retail
Associate can show you how.

Preview your Mail
Track your Packages
Sign up for FREE @
https://informeddelivery.usps.com

All sales final on stamps and postage.
Refunds for guaranteed services only.
Thank you for your business.

Tell us about your experience.
Go to: https://postalexperience.com/Pos
or scan this code with your mobile device.



or call 1-800-410-7420.

UFN: 255270-0205
Receipt #: 840-54930246-3-4080561-2
Clerk: 23