# Exhibit A

# AFFIDAVIT OF SERVICE

| Case: 1:22-cv-1208 | Court: Western District of Michigan | County: | Job: 8225876 |
|---|---|---|---|
| Plaintiff / Petitioner: D.L. | | Defendant / Respondent: Kalamazoo Public Schools | |
| Received by: Elton Thomas | | For: Disability Rights Michigan | |
| To be served upon: Kalamazoo Public Schools | | | |

I, elton thomas, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein

**Recipient Name / Address:** Kalamazoo Public Schools, 1220 Howard St, Kalamazoo, MI 49008
**Manner of Service:** Personal/Individual, Jan 18, 2023, 9:42 am EST
**Documents:** Summons and Complaint

**Additional Comments:**
1) Successful Attempt: Jan 18, 2023, 9:42 am EST at 1220 Howard St, Kalamazoo, MI 49008 received by Kalamazoo Public Schools. I went to the above address and asked the guard if Cindy Green was available. They stated that she was not. I asked if there was anyone available that was authorized to accept service. They called down Kelly Davis to accept service. She stated that her title was an Executive Personal Specialist at Kalamazoo Public Schools and authorized to accept service.

_Elton Thomas_  3/6/2023
Elton Thomas    Date

Subscribed and sworn to before me by the affiant who is personally known to me.

_Christina Puckett_
Notary Public
3-6-23    1/31/24
Date      Commission Expires

CHRISTINA PUCKETT
Notary Public - State of Michigan
County of Macomb
My Commission Expires
Acting in the County of Macomb