UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
_____

MINUTES

D.L.

v.

KALAMAZOO PUBLIC SCHOOLS

**CASE NO.** 1:22-cv-1208
**DATE:** 4/5/23
**TIME:** 3:58 – 4:23 p.m.
**PLACE:** Grand Rapids
**JUDGE:** Hon. Robert J. Jonker

## APPEARANCES

**PLAINTIFF(S):**
Erin H. Diaz / Mitchell D. Sickon / Elizabeth Abdnour

**DEFENDANT(S):**
David W. Centner / Jordan M. Bullinger

## WITNESSES

**PLAINTIFF(S):**

**DEFENDANT(S):**

## PROCEEDINGS

**NATURE OF HEARING:**

Rule 16 Scheduling Conference held.  Motion to Dismiss (7) denied. Orders to enter.

COURT REPORTER:  Paul Brandell          /s/ Susan Driscoll Bourque
                                                                Case Manager