UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

D.L.,

    Plaintiff,

CASE NO. 1:22-cv-1208

v.

HON. ROBERT J. JONKER

KALAMAZOO PUBLIC SCHOOLS,

    Defendant.
_____/

**ORDER**

For the reasons stated on the record at the time of the Rule 16 Scheduling Conference on today's date, Defendant's Motion to Dismiss (ECF No. 7) under Fed.R.Civ.P. 12(b)(1) and (6) is **DENIED**.  Defendant's Motion under Fed.R.Civ.P. 12(b)(5) is dismissed as moot.

**IT IS SO ORDERED**.


Date:    April 5, 2023            /s/ Robert J. Jonker
                                                    ROBERT J. JONKER
                                                    UNITED STATES DISTRICT JUDGE