UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| D.L., | Case No. 1:22-cv-01208 |
| Plaintiff, | Hon. Robert J. Jonker |
| v. | Related Case No. 1:22-cv-00838 |
| KALAMAZOO PUBLIC SCHOOLS, | |
| Defendant. | |

Erin H. Diaz (P80388)
Mitchell D. Sickon (P82407)
Nicholas A. Gable (P79069)
Disability Rights Michigan
4095 Legacy Parkway
Lansing, MI 48911
(517) 487-1755

Elizabeth Abdnour (P78203)
Elizabeth Abdnour Law, PLLC
1100 W. Saginaw St., Ste. 4A-2
Lansing, MI 48915
(517) 292-0067

Jacquelyn Babinski (P83575)
MI AECRES
PO Box 705
Ludington, MI 49431
(231) 794-2379

*Attorneys for Plaintiff*

David W. Centner (P43071)
Jordan M. Bullinger (P72441)
Marshall W. Grate (P37728)
CLARK HILL PLC
200 Ottawa Avenue NW, Suite 500
Grand Rapids, MI 49503
(616) 608-1100
jbullinger@clarkhill.com
dcentner@clarkhill.com
mgrate@clarkhill.com

*Attorneys for Defendant*

**NOTICE OF SELECTION OF MEDIATOR**

Pursuant to the Court's April 5, 2023, First Case Management Order (ECF No. 16, PageID.154), the parties conferred and selected to use the services of Lee T. Silver (P36905), 300 Ottawa Ave NW, Ste. 620, Grand Rapids, MI 49503, to mediate this matter.

Dated: April 19, 2023

Respectfully submitted,

/s/ Mitchell D. Sickon
Erin H. Diaz (P80388)
Mitchell D. Sickon (P82407)
Disability Rights Michigan
4095 Legacy Parkway
Lansing, Michigan 48911
(517) 487-1755
ediaz@drmich.org
msickon@drmich.org

Elizabeth K. Abdnour (P78203)
1100 W. Saginaw St., Suite 4A-2
Lansing, Michigan 48915
(517) 292-0067
elizabeth@abdnour.com

Jacquelyn N. Babinski (P83575)
MI AECRES
P.O. Box 705
Ludington, Michigan 49431
(231) 794-2379
jbabinski@miaecres.org

*Attorneys for Plaintiff*

/s/ David W. Centner (with consent)
David W. Centner (P43071)
Jordan M. Bullinger (P72441)
Marshall W. Grate (P37728)
CLARK HILL PLC
200 Ottawa Avenue NW, Suite 500
Grand Rapids, MI 49503
(616) 608-1100
jbullinger@clarkhill.com
dcentner@clarkhill.com
mgrate@clarkhill.com

*Attorneys for Defendant*

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| D.L., | Case No. 1:22-cv-01208 |
| Plaintiff, | Hon. Robert J. Jonker |
| v. | Related Case No. 1:22-cv-00838 |
| KALAMAZOO PUBLIC SCHOOLS, | |
| Defendant. | |

## CERTIFICATE OF SERVICE

I hereby certify that on April 19, 2023, I electronically filed the foregoing document, Notice Regarding Mediator Selection, and this Certificate of Service with the Clerk of the Court using the Court's ECF system, which will send notification of such filing to counsel of record.

Dated: April 19, 2023

/s/ Mitchell D. Sickon
Mitchell D. Sickon
*Attorney for Plaintiff*

3