UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| D.L., | Case No. 1:22-cv-01208 |
| Plaintiff, | |
| vs. | Hon. Robert J. Jonker |
| KALAMAZOO PUBLIC SCHOOLS, | Related Case No. 1:22-cv-00838 |
| Defendant. | **PROOF OF SERVICE** |

_____/

I, Bailey S. Dettloff, state that I am an employee in the law firm of Clark Hill PLC, and hereby certify that on May 15, 2023 I served a copy of Defendant's Rule 26(a)(1) Initial Disclosures upon the following via email and First Class Mail:

Mitchell D. Sickon
Erin H. Diaz
Disability Rights Michigan
4095 Legacy Parkway
Lansing, MI 48911
msickon@drmich.org
ediaz@drmich.org

Elizabeth Abdnour
Elizabeth Abdnour Law, PLLC
1100 W. Saginaw St., Suite 4A-2
Lansing, MI 48915
elizabeth@abdnour.com

Jacquelyn Babinski
MI AECRES
P.O. Box 705
Ludington, MI 49431
jbabinski@miaecres.org

I declare that the statements above are true to the best of my information, knowledge and belief.

Dated:  May 15, 2023

*/s/ Bailey S. Dettloff*
Bailey S. Dettloff