UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

---

D.L.,

       Plaintiff,

vs.

KALAMAZOO PUBLIC SCHOOLS,

       Defendant.

Case No. 1:22-cv-01208

Hon. Robert J. Jonker

Related Case No. 1:22-cv-00838

**P**ROOF OF **S**ERVICE

---

| | |
|---|---|
| Mitchell D. Sickon (P82407) <br> Erin H. Diaz (P80388) <br> **Disability Rights Michigan** <br> 4095 Legacy Parkway <br> Lansing, MI 48911 <br> (517) 487-1755 <br> msickon@drmich.org <br> ediaz@drmich.org <br><br> Elizabeth Abdnour (P78203) <br> **Elizabeth Abdnour Law, PLLC** <br> 1100 W. Saginaw St., Ste. 4A-2 <br> Lansing, MI 48915 <br> (517) 292-0067 <br> elizabeth@abdnour.com <br><br> Jacquelyn Babinski (P83575) <br> **MI AECRES** <br> PO Box 705 <br> Ludington, MI 49431 <br> (231) 794-2379 <br> jbabinski@miaecres.org <br> *Attorneys for Plaintiff* | David W. Centner (P43071) <br> Jordan M. Bullinger (P72441) <br> Marshall W. Grate (P37728) <br> **CLARK HILL PLC** <br> 200 Ottawa Avenue NW, Suite 500 <br> Grand Rapids, MI 49503 <br> (616) 608-1100 <br> jbullinger@clarkhill.com <br> dcentner@clarkhill.com <br> mgrate@clarkhill.com <br><br> *Attorneys for Defendant* |

## PROOF OF SERVICE

The undersigned hereby states Plaintiff's Rule 26(a)(1) Initial Disclosures were served upon the following attorneys of record in the above cause by electronic mail on the 15th day of May, 2023:

David W. Centner (P43071)
Jordan M. Bullinger (P72441)
Marshall W. Grate (P37728)
**CLARK HILL PLC**
200 Ottawa Avenue NW, Suite 500
Grand Rapids, MI 49503
(616) 608-1100
jbullinger@clarkhill.com
dcentner@clarkhill.com
mgrate@clarkhill.com

/s/ Mitchell D. Sickon
Mitchell D. Sickon (P82407)
Attorney for Plaintiffs
Disability Rights Michigan
4095 Legacy Parkway
Lansing, MI 48911
P: (517) 487-1755
F: (517) 487-0827
msickon@drmich.org