FILED - LN
June 2, 2023 10:57 AM
CLERK OF COURT
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY: EOD SCANNED BY: ⟨initials⟩



| GRETCHEN WHITMER | STATE OF MICHIGAN | ORLENE HAWKS |
| GOVERNOR | DEPARTMENT OF LICENSING AND REGULATORY AFFAIRS | DIRECTOR |
| | LANSING | |

May 17, 2023

United States District Court
Western District of Michigan
Attn: Clerk of the Court

Via Electronic Filing *failed twice thumb drive attached*

Re: D.L. v Kalamazoo Public Schools
Case No: 1:22-cv-01208
MOAHR No: 21-027515

Dear Clerk:

Enclosed please find **Certification of Record** requested in the above referenced matter.

Thank you.

Sincerely,

*Shelly L. Reynolds*

Shelly L. Reynolds
Secretary Supervisor
Michigan Office of Administrative Hearings and Rules

Enclosures
cc:

Erin Diaz via email at ediaz@drmich.org
Jacquelyn N. Babinski via email at jbabincki@miaecres.org
Elizabeth Abdnour via email at elizabeth@abdnour.com



LARA is an equal opportunity employer
Auxiliary aids, services and other reasonable accommodations are available upon request to individuals with disabilities.
611 West Ottawa Street • P.O. BOX 30695 • Lansing, Michigan 48909
(517) 335-2484

0006

C002

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
113 FEDERAL BUIIDING
315 W ALLEGAN ST
LANSING MI 48933 – 1500

USPS TRACKING #



9400 1091 0515 5571 8951 73

MOAHR-0200 (4/19)
State of Michigan
DEPARTMENT OF LICENSING AND REGULATORY AF
Michigan Office of Administrative Hearings and Rules
P.O. Box 30639
Lansing, Michigan 48909-8139

United States District Court
Western District of Michigan
113 Federal Building, 315 W. Allegan Street
Lansing, MI  48933

F

US POSTAGE
PAID (M)
06/01/2023
From 48913
0 lbs 2 ozs
Zone 1

Pitney Bowes   028W0002310207
CommPrice
NO SURCHARGE   3000361706

**USPS FIRST—CLASS PKG**

State of Michigan
DTMB Mailing Services
7461 Crowner Dr