UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

D.L.,                                                                    Case No. 1:22-cv-1208

    Plaintiff,                                                   HON. ROBERT J. JONKER

v.

KALAMAZOO PUBLIC SCHOOLS,

    Defendant.

_____/

## NOTICE OF CHANGE OF ADDRESS

    I, Elizabeth Abdnour, notify the Court that my address has changed as listed below:

    Old address:   1100 W. Saginaw St., Suite 4A-2, Lansing, MI 48915

    New address:  500 E. Michigan Ave., Suite 130, Lansing, MI 48912

My telephone number remains the same.


Date:   June 6, 2023                                  Respectfully submitted,

                                                                      **s/Elizabeth K. Abdnour**
                                                                      Elizabeth K. Abdnour (P78203)
                                                                      ELIZABETH ABDNOUR LAW, PLLC
                                                                      Attorney for Plaintiff
                                                                      500 E. Michigan Ave., Ste. 130
                                                                      Lansing, MI 48912
                                                                      517-292-0067
                                                                      elizabeth@abdnour.com

1