# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| D.L.,<br><br>  Plaintiff,<br><br>vs.<br><br>KALAMAZOO PUBLIC SCHOOLS,<br><br>  Defendant. | Case No. 1:22-cv-01208<br><br> Hon. Robert J. Jonker<br><br><br><br>Related Case No. 1:22-cv-00838<br><br>**PROOF OF SERVICE** |

| | |
|---|---|
| Mitchell D. Sickon (P82407)<br>Erin H. Diaz (P80388)<br>**Disability Rights Michigan**<br>4095 Legacy Parkway<br>Lansing, MI 48911<br>(517) 487-1755<br>msickon@drmich.org<br>ediaz@drmich.org<br><br>Elizabeth Abdnour (P78203)<br>**Elizabeth Abdnour Law, PLLC**<br>500 E. Michigan Ave., Suite 130<br>Lansing, MI 48912<br>(517) 292-0067<br>elizabeth@abdnour.com<br><br>Jacquelyn Babinski (P83575)<br>**MI AECRES**<br>PO Box 705<br>Ludington, MI 49431<br>(231) 794-2379<br> jbabinski@miaecres.org<br>*Attorneys for Plaintiff* | David W. Centner (P43071)<br>Jordan M. Bullinger (P72441)<br>Marshall W. Grate (P37728)<br>**CLARK HILL PLC**<br>200 Ottawa Avenue NW, Suite 500<br>Grand Rapids, MI 49503<br>(616) 608-1100<br>jbullinger@clarkhill.com<br>dcentner@clarkhill.com<br>mgrate@clarkhill.com<br><br>*Attorneys for Defendant* |

## PROOF OF SERVICE

I hereby certify that on June 9, 2023, Plaintiff's First Set of Interrogatories and Requests for Production of Documents to Defendant Kalamazoo Public Schools, and this Proof of Service were served upon defense counsel by email to David W. Centner (dcentner@clarkhill.com), Jordan M. Bullinger (jbullinger@clarkhill.com), and Marshall W. Grate (mgrate@clarkhill.com).

    /s/ *Mitchell D. Sickon*
Mitchell D. Sickon
Attorney, Disability Rights Michigan

1