**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

D.L.,

      Plaintiff,

v.

KALAMAZOO PUBLIC SCHOOLS,

      Defendant.

Case No. 22-cv-01208

Hon. Robert J. Jonker

Related Case No.: 22-cv-00838

**STIPULATED MOTION TO WITHDRAW AS COUNSEL**

---

Erin H. Diaz (P80388)
Nicholas A. Gable (P79069)
Mitchell D. Sickon (P82407)
Disability Rights Michigan
4095 Legacy Parkway
Lansing, Michigan 48911
(517) 487-1755
ediaz@drmich.org
msickon@drmich.org

Elizabeth K. Abdnour (P78203)
Abdnour Weiker LLP
500 E. Michigan Ave., Suite 130
Lansing, Michigan 48912
(517) 994-1776
liz@education-rights.com

Jacquelyn N. Kmetz (P83575)
MI AECRES
P.O. Box 705
Ludington, Michigan 49431
(231) 794-2379
jbabinski@miaecres.org

*Attorneys for Plaintiffs*

David W. Centner (P43071)
Jordan M. Bullinger (P72441)
Marshall W. Grate (P37728)
CLARK HILL PLC
200 Ottawa Avenue NW, Suite 500
Grand Rapids, MI 49503
(616) 608-1100
jbullinger@clarkhill.com
dcentner@clarkhill.com
mgrate@clarkhill.com

*Attorneys for Defendant*

## STIPULATED MOTION TO WITHDRAW AS COUNSEL

The parties, by stipulation, respectfully request the Court grant leave for Elizabeth K. Abdnour and Jacquelyn N. Kmetz to withdraw their appearances on behalf of Plaintiff, D.L. These withdrawals comport with all applicable rules of professional conduct and will cause no foreseeable prejudice to Plaintiff's rights or interests, as Plaintiff will continue to be represented by attorneys Erin H. Diaz, Nicholas A. Gable, and Mitchell D. Sickon of Disability Rights Michigan, who are already attorneys of record in this matter.

Stipulated by:

s/ Elizabeth K. Abdnour
Elizabeth K. Abdnour (P78203)
Attorney for Plaintiff
Date: August 7, 2023


s/ Jacquelyn N. Kmetz
Jacquelyn N. Kmetz (P83575)
Attorney for Plaintiff
Date: August 7, 2023


s/ Mitchell D. Sickon
Mitchell D. Sickon (P82407)
Attorney for Plaintiff
Date: August 1, 2023


s/ David W. Centner (with permission)
David W. Centner (P43071)
Attorney for Defendant
Date: August 1, 2023

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

D.L.,

       Plaintiff,

v.

KALAMAZOO PUBLIC SCHOOLS,

       Defendant.

Case No. 22-cv-01208

Hon. Robert J. Jonker

Related Case No.: 22-cv-00838

**ORDER GRANTING STIPULATED MOTION TO WITHDRAW AS COUNSEL**

---

Erin H. Diaz (P80388)
Nicholas A. Gable (P79069)
Mitchell D. Sickon (P82407)
Disability Rights Michigan
4095 Legacy Parkway
Lansing, Michigan 48911
(517) 487-1755
ediaz@drmich.org
msickon@drmich.org

Elizabeth K. Abdnour (P78203)
500 E. Michigan Ave., Suite 130
Abdnour Weiker LLP
Lansing, Michigan 48912
(517) 994-1776
liz@education-rights.com

Jacquelyn N. Kmetz (P83575)
MI AECRES
P.O. Box 705
Ludington, Michigan 49431
(231) 794-2379
jbabinski@miaecres.org

*Attorneys for Plaintiffs*

David W. Centner (P43071)
Jordan M. Bullinger (P72441)
Marshall W. Grate (P37728)
CLARK HILL PLC
200 Ottawa Avenue NW, Suite 500
Grand Rapids, MI 49503
(616) 608-1100
jbullinger@clarkhill.com
dcentner@clarkhill.com
mgrate@clarkhill.com

*Attorneys for Defendant*

---

3

## ORDER GRANTING STIPULATED MOTION TO WITHDRAW AS COUNSEL

This matter having come before the Court based on the stipulated motion of the parties, and the Court being fully advised,

IT IS HEREBY ORDERED that the motion to withdraw as counsel is GRANTED. The Appearances of Elizabeth K. Abdnour and Jacquelyn N. Kmetz on behalf of Plaintiff are hereby withdrawn. Erin H. Diaz, Nicholas A. Gable, and Mitchell D. Sickon will continue to represent Plaintiff, D.L.

IT IS SO ORDERED.

Dated: August ____, 2023              _____
                                      HON. ROBERT J. JONKER