UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| D.L.,<br><br>　　Plaintiff,<br><br>　　　　v.<br><br>KALAMAZOO PUBLIC SCHOOLS,<br><br>　　Defendant. | No. 22-cv-01208-RJJ<br><br>Hon. Robert J. Jonker<br><br>Related Case No. 22-cv-00838 |

## ACKNOWLEDGEMENT

I, _____, acknowledge that I have read and understand the Stipulated Protective Order in this action governing the non-disclosure of Material that has been designated as Confidential. I agree that I will not disclose such Confidential Material to anyone other than for purposes of this litigation and that at the conclusion of the litigation I will return all such Confidential Material to the Party or attorney from whom I received it. By acknowledging these obligations under the Protective Order, I understand that I am submitting myself to the jurisdiction of the United States District Court for the Western District of Michigan for the purpose of any issue or dispute arising hereunder and that my willful violation of any term of the Protective Order could subject me to punishment for contempt of Court.

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　Dated: