# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

D.L.,

      Plaintiff,

v.

KALAMAZOO PUBLIC SCHOOLS,

      Defendant.

Case No. 22-cv-01208

Hon. Robert J. Jonker

Related Case No.: 22-cv-00838

**ORDER GRANTING STIPULATED MOTION TO WITHDRAW AS COUNSEL**

---

Erin H. Diaz (P80388)
Nicholas A. Gable (P79069)
Mitchell D. Sickon (P82407)
Disability Rights Michigan
4095 Legacy Parkway
Lansing, Michigan 48911
(517) 487-1755
ediaz@drmich.org
msickon@drmich.org

Elizabeth K. Abdnour (P78203)
500 E. Michigan Ave., Suite 130
Abdnour Weiker LLP
Lansing, Michigan 48912
(517) 994-1776
liz@education-rights.com

Jacquelyn N. Kmetz (P83575)
MI AECRES
P.O. Box 705
Ludington, Michigan 49431
(231) 794-2379
jbabinski@miaecres.org

*Attorneys for Plaintiffs*

David W. Centner (P43071)
Jordan M. Bullinger (P72441)
Marshall W. Grate (P37728)
CLARK HILL PLC
200 Ottawa Avenue NW, Suite 500
Grand Rapids, MI 49503
(616) 608-1100
jbullinger@clarkhill.com
dcentner@clarkhill.com
mgrate@clarkhill.com

*Attorneys for Defendant*

---

3

**ORDER GRANTING STIPULATED MOTION TO WITHDRAW AS COUNSEL**

This matter having come before the Court based on the stipulated motion of the parties, and the Court being fully advised,

IT IS HEREBY ORDERED that the motion to withdraw as counsel is GRANTED. The Appearances of Elizabeth K. Abdnour and Jacquelyn N. Kmetz (Babinski on the Complaint) on behalf of Plaintiff are hereby withdrawn. Erin H. Diaz, Nicholas A. Gable, and Mitchell D. Sickon will continue to represent Plaintiff, D.L.

IT IS SO ORDERED.

Dated: August __11__, 2023                    /s/ Robert J. Jonker
                                              HON. ROBERT J. JONKER

4